**Order entered January 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01316-CV

**HAWTHORNE, TAMMI, Appellant**

**V.**

**PREMIER COMMUNITIES MANAGEMENT, ET AL, Appellees**

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-01936-2011**

## ORDER

On the Court's own motion, we **ORDER** the Collin County District Clerk to file a supplemental clerk's record by January 22, 2014 containing (1) Defendant Huffines Communities, Inc.'s September 6, 2012 Second Motion for Traditional and No-Evidence Summary Judgment and (2) Plaintiff Tammi Hawthorne's October 4, 2012 Response to Defendant Huffines Communities, Inc.'s Second Motion for Traditional and No-Evidence Summary Judgment.

/s/      LANA MYERS
PRESIDING JUSTICE